In the Matter of the Petition of THE BROOKLYN ELEVATED RAILROAD COMPANY to Acquire Title to Real Estate.

BROOKLYN ELEVATED RAILROAD COMPANY, Respondent, *v.* JOHN S. NAGEL et al., Appellants.

*Brooklyn El. R. R. Co.* v. *Nagel,* 75 Hun, 590, affirmed.
(Argued June 15, 1896; decided October 6, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 16, 1894, which affirmed an order of Special Term appointing commissioners in condemnation proceedings.

*Raphael J. Moses* for appellants.

*William N. Cohen* for respondent.

Order affirmed, with costs; no opinion.
All concur.

———

MOSES HAWKINS, Respondent, *v.* JOHN G. BEAKES et al., Appellants.

*Hawkins* v. *Beakes,* 80 Hun, 292, affirmed.
(Argued June 15, 1896; decided October 6, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 27, 1894, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit, a jury having been waived.

*John L. Wiggins* for appellants.

*Henry Bacon* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.